Ex Parte Dessús et al.

Application for a writ of *Habeas Corpus.*

No. 7.—Decided July 20, 1906.

APPEAL—BOND—HABEAS CORPUS.—Where an appeal is taken in a criminal prose-
cution and the accused furnishes the necessary bond to remain at liberty and

subsequently the cancellation of such bond is ordered, a new bond may be given; and, in the absence thereof, the accused must be committed to imprisonment, and such imprisonment is legal and the propriety or impropriety of the order directing the cancellation of the bond cannot be inquired into on *habeas corpus.*

The application was presented to Mr. Justice Hernández at chambers.

The facts are stated in the opinion.

*Mr. Ramón Falcón* for petitioner.

*Mr. Rossy, fiscal,* for The People.

Mr. Justice Hernández delivered the opinion of the court.

This is an application for a writ of *habeas corpus* made by Luis Felipe Dessús and Calixto García Gaona for their release on bail, which they have already furnished, to abide the results of the appeal which they took from the Municipal Court of Arecibo to the District Court of Arecibo from a judgment rendered in a case involving the offense of inciting to a riot. After having examined the facts appearing in the record forwarded by the said district court and having carefully considered the allegations of both parties, we are of the opinion that the imprisonment of the petitioners is legal because the bail under which they were at large having been cancelled, and as it is not possible to consider in *habeas corpus* proceedings the propriety or impropriety of such cancellation, a logical consequence thereof is that a new bond be furnished and that in its absence the proper imprisonment take place.

Consequently, the release of Dessús and García Gaona from custody is denied, and they shall continue in the same custody under which they were when these proceedings were brought, and shall be held subject to the disposition of the District Court of Arecibo.

*Denied.*